**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: March 15, 2016
START: 3:30 p.m.
END: _____

DOCKET NO: 15-CV-6700 (NGG)
CASE: Quick v. Felipecardenas, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Robert Marinelli |
| | |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Melissa Wachs |
| | |
| | |

- [ ] DISCOVERY TO BE COMPLETED BY September 12, 2016
- [ ] NEXT (Settlement) CONFERENCE SCHEDULED FOR May 20, 2016 - 2:00 pm
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures have been exchanged, except that plaintiff shall serve HIPAA authorizations by March 22, 2016. Pleadings may be amended and new parties added until April 15, 2016. Requests for a premotion conference are due by September 19, 2016.