ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: May 20, 2016  
START: 2:00 p.m.  
END: 2:40 pm

DOCKET NO: 15-CV-6700 (NGG)  
CASE: Quick v. Felipecardenas, et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☒ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☐ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** — **ATTORNEY**: Robert Marinelli; Drew Manar

**DEFENDANT** — **ATTORNEY**: Melissa Wachs

- ☒ FACT DISCOVERY TO BE COMPLETED BY Sept. 12, 2016
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- ☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's settlement proposal by June 2, 2016.